IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR90 |
| v. | |
| DYLAN MARON | ORDER |
| Defendant. | |

This matter is before the court on the defendant's motion for leave to proceed in forma pauperis, Filing No. 85, which was filed pursuant to defendant's notice of appeal, Filing No. 78 and the Court of Appeal's letter to counsel, Filing No. 84. The motion for leave to appeal in forma pauperis will be denied for the reasons set forth in this court's Order, Filing No. 81.

IT IS SO ORDERED.

Dated this 13th day of December, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge